UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>      Plaintiff,<br><br>      v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br>      Defendant. | Civil Action No. 17-1978 (CKK) |

**ORDER**
(February 25, 2020)

The parties in this matter have contacted the Court regarding a discovery dispute. Pursuant to the Court's Scheduling and Procedures Order, ECF No. 27, the parties contacted Chambers jointly to outline the disputes. The parties then submitted letter briefing via email and the Court held a teleconference regarding these disputes on February 19, 2020. The Court subsequently ordered that Defendant provide a cost estimate for certain discovery. *See* Feb. 19, 2020 Minute Order. The Court shall further allow EEOC to file a response to the cost estimates. *See* Feb. 25, 2020 Minute Order.

In light of the information provided by the parties, it is, this 25st day of February 2020, hereby **ORDERED** that the parties' discovery disputes discussed at the February 19, 2020 teleconference have been referred to Magistrate Judge G. Michael Harvey for resolution pursuant to Local Rule of Civil Procedure 72.2(a) & (b). The Court shall provide to Magistrate Judge Harvey the emails submitted by the parties, the letter briefs submitted by the parties, and the transcript of the February 19, 2020 teleconference. Aside from the upcoming deadlines related to the cost estimates, to which the parties shall adhere, the parties shall contact Magistrate Judge Harvey's Chambers on how to proceed with respect

to the disputes.

By either ten days after resolution of the discovery disputes referred to Magistrate Judge Harvey, or by no later than **MAY 1, 2020**, whichever is sooner, the parties shall file a Joint Status Report with the Court. The Joint Status Report shall update the Court on the status of the discovery disputes and shall include any other relevant updates.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge