**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>          Plaintiff,<br><br>     v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br>          Defendant. | Civil Action No. 17-1978 (CKK) |

**ORDER**
(October 21, 2020)

The parties in this matter have contacted the Court regarding a discovery dispute. Pursuant to the Court's Scheduling and Procedures Order, ECF No. 27, the parties contacted Chambers jointly to outline the disputes. The parties then submitted letter briefing via email regarding these disputes on October 21, 2020. In light of the information provided by the parties, it is, this 21st day of October 2020, hereby **ORDERED** that the parties' discovery disputes discussed in their October 21, 2020 letter briefing have been referred to Magistrate Judge G. Michael Harvey for resolution pursuant to Local Rule of Civil Procedure 72.2(a). The Court shall provide to Magistrate Judge Harvey the material submitted by the parties. The parties shall contact Magistrate Judge Harvey's Chambers on how to proceed with respect to the disputes.

By either ten days after resolution of the discovery disputes referred to Magistrate Judge Harvey, or by no later than **JANUARY 25, 2021**, whichever is sooner, the parties shall file a Joint Status Report with the Court. The Joint Status Report shall update the Court on the status of the discovery disputes and shall include any other relevant updates.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge