**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THE GEORGE WASHINGTON UNIVERSITY, <br><br> Defendant. | Case No. 17-cv-1978 (CKK) <br><br> **ORAL HEARING REQUESTED** |

**DEFENDANT THE GEORGE WASHINGTON UNIVERSITY'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant The George Washington University (the "University") respectfully moves under Rule 56 of the Federal Rules of Civil Procedure for summary judgment on all claims brought by Plaintiff United States Equal Employment Opportunity Commission on behalf of Charging Party Sara Williams.  Specifically, the University seeks summary judgment as to: (1) Count I of the Complaint (Dkt. 1), alleging violations of the Equal Pay Act, 29 U.S.C. §§ 206(d)(1), 215(a)(2); and (2) Count II of the Complaint, alleging gender discrimination in violation of Section 703(a)(1) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a)(1).  There is no genuine dispute as to any material fact regarding either of the aforementioned claims, and the University is entitled to judgment as a matter of law.

In support of its Motion, the University has attached an accompanying Memorandum of Points and Authorities, Statement of Undisputed Material Facts in Accordance with Local Rule 7(h), and supporting declarations and exhibits.

The University respectfully requests an oral hearing pursuant to Local Civil Rule 7(f).

Dated:  November 22, 2022

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Jason C. Schwartz*

Jason C. Schwartz, D.C. Bar No. 465837
Molly T. Senger, D.C. Bar No. 995975
Katherine Moran Meeks, D.C. Bar No. 1028302
Matthew P. Sappington, D.C. Bar No. 1616305
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Telephone:   202.955.8500
Facsimile:     202.467.0539
Email:  JSchwartz@gibsondunn.com

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I, Jason C. Schwartz, an attorney for Defendant, hereby certify that on this 22nd day of November, 2022, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the District of Columbia on all parties registered for CM/ECF in the above-captioned matter.

/s/ *Jason C. Schwartz*
Jason C. Schwartz