IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THE GEORGE WASHINGTON UNIVERSITY, <br><br> Defendant. | Civil Action 1:17-cv-01978-CKK |

**EEOC'S UNOPPOSED MOTION TO FILE REVISED PLAINTIFF'S EXHIBIT D IN SUPPORT OF EEOC'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

EEOC submits this motion to file Revised Plaintiff's Exhibit D, attached to this motion as Exhibit 1, in Support of EEOC'S Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment and pursuant to Local Rule 7 and Local Rule 5.1(h)(1).

**Statement of Points and Authorities**

In support of this motion, EEOC states the following:

1. On January 27, 2023, EEOC filed its Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment, along with exhibits thereto. ECF Nos. 134, 135, 137.

2. Among those exhibits was Plaintiff's Exhibit D, which included Michael Aresco's deposition testimony and exhibits to his deposition. ECF No. 135-5 (stricken).

3. Plaintiff's Exhibit D consisted of 184 pages. Four of the 184 pages that were filed as Plaintiff's Exhibit D had been marked Confidential by Defendant (those four pages comprised Exhibit 1 to Michael Aresco's deposition). On January 30, 2023, Defendant advised EEOC that those four pages should be removed from the Docket because Defendant marked them

Confidential. On the same day, EEOC took steps to remove that material from the Docket as Defendant suggested.

4. On January 31, the Court issued an order asking the parties to file under seal a motion concerning their proposal to remove portions of Plaintiff's Exhibit D from the Docket.

5. Pursuant to the Court's order, the parties conferred on January 31 to discuss and prepare a joint motion to remove the four pages from Plaintiff's Exhibit D that Defendant marked Confidential. The Parties requested the removal of Plaintiff's Exhibit D from the Docket in its entirety on the assumption that it was not administratively feasible to only remove a portion of a docket entry from the Docket. Accordingly, the parties filed a motion to remove the entirety of Plaintiff's Exhibit D from the Docket, and EEOC stated in that motion its intention to refile the remainder of Plaintiff's Exhibit D, which is not marked Confidential, in the public record.

6. On January 31, 2023, the Court granted the joint motion and removed Plaintiff's Exhibit D, ECF 135-5 (in its entirety) from the public record.

7. EEOC removed the four pages marked Confidential from Plaintiff's Exhibit D and now seeks to file Revised Plaintiff's Exhibit D. A copy of Revised Plaintiff's Exhibit D is attached to this motion as Exhibit 1.

8. Revised Plaintiff's Exhibit D contains the same pages that were part of the original Plaintiff's Exhibit D and that were filed with EEOC's motion and opposition on January 27, 2023, except that Revised Plaintiff's Exhibit D does not contain the four pages that Defendant marked Confidential.

9. Revised Plaintiff's Exhibit D does not contain any material that is marked Confidential, and it should be filed to ensure that the same non-confidential material that was in Plaintiff's Exhibit D when it was filed on January 27, 2023, is restored to the public record.

10. The Parties have conferred regarding this filing pursuant to Local Rule 7(m), and Defendant does not oppose EEOC's filing of Revised Plaintiff's Exhibit D.

WHEREFORE, EEOC respectfully requests that the Court accept for filing Revised Exhibit D, attached to this motion as Exhibit 1, and consider it among the Exhibits filed in support of EEOC's Summary Judgment Motion and in EEOC's Opposition to Defendant's Summary Judgment Motion.

Respectfully submitted,

*/s/ Dylan Cowart*
Dylan T. Cowart
Trial Attorney
U.S. EEOC
Baltimore Field Office
31 Hopkins Plaza, 14th Floor
Baltimore, MD 21201
dylan.cowart@eeoc.gov
Telephone: 443-220-1852
Facsimile:  410-209-2221

*Attorney for EEOC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2d day of February 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Dylan Cowart*
Dylan T. Cowart