# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>     Defendant. | Case No. 17-cv-1978 (CKK) |

## INDEX OF EXHIBITS SUBMITTED IN SUPPORT OF DEFENDANT THE GEORGE WASHINGTON UNIVERSITY'S MOTION FOR SUMMARY JUDGMENT

| Exhibit | Dates(s) | Description | Bates Range |
|---|---|---|---|
| D | 2/17/2023 | **SUPPLEMENTAL DECLARATION OF P. NERO** | N/A |
| 1 | 8/22/2016 | Game Contract with New Jersey Institute of Technology | GWU_058842 |
| 2 | 4/20/2016 | Email from S. Williams to P. Nero | GWU_044424 |
| 3 | 10/11/2016 | Email from S. Williams to P. Nero et al. | GWU_009907–GWU_009909 |
| 4 | 10/4/2014 | Email from P. Nero to S. Williams | GWU_005949–GWU_005950 |
| 5 | 2/27/2015 | Email from P. Nero to S. Williams | GWU_019125–GWU_019126 |
| 6 | 10/14/2015 | Email from P. Nero to S. Williams | GWU_005453–GWU_0054554 |
| 7 | 2/5/2016 | Email from P. Nero to M. Aresco et al. | GWU_014586 |
| 8 | 12/16/2014 | Email from S. Williams to P. Nero et al. | GWU_013149–GWU_013150 |
| 9 | 12/19/2014 | Email from P. Nero to S. Williams | GWU_020089 |
| E | 2/17/2023 | **SUPPLEMENTAL DECLARATION OF M. SAPPINGTON** | N/A |
| 1 | 3/4/2021 | Excerpts from Deposition Transcript of S. Williams | N/A |
| 2 | 3/16/2021 | Excerpts from Deposition Transcript of T. Vogel | N/A |
| 3 | 3/25/2021 | Excerpts from Deposition Transcript of P. Nero | N/A |

| Exhibit | Dates(s) | Description | Bates Range |
|---|---|---|---|
| 4 | 3/31/2021 | Excerpts from Deposition Transcript of K. Kayer | N/A |
| 5 | 4/5/2021 | Excerpts from Deposition Transcript of A. Hess | N/A |
| 6 | 4/7/2021 | Excerpts from Deposition Transcript of S. Alrutz | N/A |
| 7 | 4/8/2021 | Excerpts from Deposition Transcript of R. Sanchez | N/A |
| 8 | July 2016–Aug. 2016 | Email Exchange Between S. Williams and R. Garibay | GWU_RandomSample_017929–GWU_RandomSample_017930 |
| 9 | 9/27/2016 | Email from S. Williams to J. Raymond | GWU_RandomSample_017113 |
| 10 | June 2016–Sept. 2016 | Email Exchange Between S. Williams and T. Wiggins et al. | GWU_011703–GWU_011718 |
| 11 | Sept. 2016 | University Procurement Form and Associated Contract with Marriott | GWU_004409–GWU_004414 |
| 12 | 5/3/2016 | Email from S. Williams to A. Julien et al. | GWU_027631–GWU_027632 |
| 13 | 5/3/2016 | Email from S. Williams to D. Henry et al. | GWU_028995 |
| 14 | 2/3/2017 | Email from P. Nero to M. Joseph and attachment | GWU_032292–GWU_032296 |
| 15 | Printed on 9/28/2016 | Job Description - Executive Assistant to the Director of Athletics and Recreation | GWU_001008–GWU_001011 |
| 16 | 2/12/2016 | Email from S. Williams to P. Nero et al. and attachment | GWU_044000–GWU_044001 |
| 17 | 12/17/15 | Email from S. Williams to M. Aresco et al. | GWU_029434 |
| 18 | 8/25/2015 | Email from S. Williams to P. Nero | GWU_017818–GWU_017819 |
| 19 | July 2016–Aug. 2016 | Ex. 8 to Alrutz Dep. | GWU_004606–GWU_004614 |
| 20 | Dec. 2016 | PowerPoint Containing Desk Audit Findings | GWU_007662–GWU_007686 |